# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**　　　　　　　　　　　　　　　　**DOCKETING SECTION**
DISTRICT COURT EXECUTIVE　　　　　　　　　　　　　404-215-1655
AND CLERK OF COURT

December 17, 2010

Nancy M. Denham, Clerk of Court
State Court of Clayton County
Harold R. Banke Justice Center, Room 1CL181
9151 Tara Boulevard
Jonesboro, Georgia 30236

　　　Re:　*Marlowe Lowry et al. v. Toyota Motor Corporation et al.,*
　　　　　**Your Case Number: 2009 CV 08351C**

Dear Clerk of Court:

　　　Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court. Please acknowledge receipt of this Order by returning the enclosed copy of this letter to this office.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　James N. Hatten
　　　　　　　　　　　　　　　　　　　District Court Executive
　　　　　　　　　　　　　　　　　　　  and Clerk of Court

　　　　　　　　　　　　　　　　　　By:　s/Cynthia Mercado
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosure